1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM GIBBS and JOHN WAGNER, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:13-cv-0935-RCJ-NJK |
| | ) | |
| vs. | ) | ORDER DENYING DISCOVERY PLAN |
| | ) | (Docket No. 24) |
| RIVERS TRANSPORTATION GROUP, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

16       Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket
17 No. 24), which is hereby DENIED without prejudice. The parties shall submit a revised discovery plan,
18 no later than August 29, 2013, that complies with the Local Rules. Specifically, the parties are
19 requesting a discovery period approximately 30 days longer than the typical 180 days from when the
20 first defendant answered. Therefore, the parties must provide "a statement of the reasons why longer or
21 different time periods should apply to the case . . ." *See* LR 26-1(d).
22       Additionally, it is the Court's preference that the parties specify that all requests to extend
23 discovery deadlines must comply with LR 26-4. Under LR 26-4, requests to extend discovery
24 deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be
25 extended. LR 26-4. A request made after the expiration of the subject deadline shall not be granted
26 unless the movant demonstrates that the failure to act was the result of excusable neglect.
27 . . .
28 . . .

1  Although the Court is inclined to approve the deadlines set out in the parties' proposed
2  discovery plan, the parties must comply with the Local Rules and must provide sufficient reasons for
3  their delayed filing and extended deadlines.
4  IT IS SO ORDERED.
5  DATED: August 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2